UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT ESPINOZA,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY<br><br>Defendant. | Case No. 1:24-cv-00294-KES-CDB<br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 5/22/2024.

May 23,2024

KEITH HOLLAND, CLERK

By: /s/ T. Lundstrom
Deputy Clerk